(No. 89-CC-3683–)

BE-MAC TRANSPORT COMPANY, INC. and THEODORE WELCH for the use of PROTECTIVE INSURANCE COMPANY, Claimants, *v.* THE STATE OF ILLINOIS, Respondent.

*Motion for voluntary dismissal filed April 10, 1995.*
*Order filed May 16, 1995.*

BERNARD & DAVIDSON (GARY SMITH, of counsel), for Claimant.

JIM RYAN, Attorney General (PHILLIP MCQUILLAN, Assistant Attorney General, of counsel), for Respondent.

## MOTION FOR VOLUNTARY DISMISSAL

PATCHETT, J.

Now come Claimants Be-Mac Transport Company, Inc. and Theodore Welch for the use of Protective Insurance Company, by their attorneys, Bernard & Davidson, and move this Court to allow Claimants to voluntarily dismiss this action, without prejudice, with each party to bear its/his own costs.

## ORDER

PATCHETT, J.

Upon motion of Claimants, cause is dismissed without prejudice, with each party bearing its own costs.